In the Matter of the Claim of LEIGH BAIR, Respondent, against FEER REALTY CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1938; decided October 25, 1938.

*Sydney Weitzer* for appellants.

*Nathan H. Elman* for claimant, respondent.

Order of Appellate Division reversed and award of State Industrial Board affirmed, with costs in this court and in the Appellate Division. There was substantial evidence sufficient to create a question of fact as to the cause of death. The decision of the State Industrial Board was, therefore, final. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.